No attorneys for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court to the charge of theft of an automobile of the value of one thousand dollars, appellant was assessed punishment at confinement in the penitentiary for a term of four years.

No bills of exception or statement of facts accompany the record.

In passing sentence, the trial court failed to apply the provisions of the indeterminate sentence law. The sentence is reformed so as to fix appellant's punishment at not less than two nor more than four years' confinement in the penitentiary.

As so reformed, the judgment of conviction is affirmed.

Opinion approved by the court.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for misdemeanor theft. The penalty assessed is confinement in the county jail for sixty days.

The complaint and information, as well as all other matters of procedure, appear regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is therefore affirmed.

## FIGUEROA v. STATE.
### No. 25001.

Court of Criminal Appeals of Texas.
Nov. 22, 1950.

## BARNES v. STATE.
### No. 24991.

Court of Criminal Appeals of Texas.
Nov. 22, 1950.

